# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROY DANIELS MORAGA,<br>          Appellant,<br>vs.<br>SGT. JAMES DONNELLY; JARRETT<br>ZACHARIAS; JOSEPH MAINWARING;<br>S.L. FOSTER; AND WARDEN SANDIE,<br>          Respondents. | No. 75227 |
| ROY DANIELS MORAGA,<br>          Appellant,<br>vs.<br>SGT. JAMES DONNELLY; JARRETT<br>ZACHARIAS; JOSEPH MAINWARING;<br>S.L. FOSTER; AND WARDEN SANDIE,<br>          Respondents. | No. 75228 ✓ |

**FILED**

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of the appeal in Docket No. 75228 is granted. Docket No. 75228 is dismissed.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Appellant's motion appears to seek only dismissal of the appeal in Docket No. 75228. If appellant wishes to dismiss the appeal in Docket No. 75227, he should file a separate motion to voluntarily dismiss that appeal.

cc: Hon. Jim C. Shirley, District Judge
Roy Daniels Moraga
Attorney General/Carson City
Pershing County Clerk